UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **GERALD NORWOOD COBB** | **NO. 15-00002-BAJ-EWD** |

### RULING AND ORDER

On August 16, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 370)**, recommending that Defendant be found competent to proceed in this matter.

Upon de novo review, and having carefully considered the Psychiatric Report (Doc. 363) issued by the forensic evaluator, Dr. Lacie L. Biber, licensed psychologist, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant's Final Revocation Hearing Regarding Supervised Release be and is hereby **SET** for Thursday, November 10, 2022, at 10:30 A.M. in Courtroom 2.

Baton Rouge, Louisiana, this 24th day of October, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**